IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-0339 (JDB) |
| ) | |
| SULLIVAN MASONRY, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION TO EXTEND DEADLINE TO EFFECT SERVICE OF PROCESS AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, John Flynn, et al., by their attorneys, hereby move this Court for an Order extending the deadline to file proof of service of the Summons and Complaint in this matter by forty-five (45) days. In support of this motion, the Plaintiffs state as follows:

1. On July 9, 2007, the Court issued an Order stating that Plaintiffs had until July 24, 2007 to either (1) file proof with the Court that service of the Summons and Complaint in this action had been completed or (2) explain to the Court why service had not yet been completed.

2. The process server retained by Plaintiffs has made numerous unsuccessful attempts to serve Defendant.

3. On Friday July 13, 2007, Plaintiffs' agent returned to Plaintiffs by U.S. Postal Service mail, the original documents for service of process on Defendant, which Plaintiffs anticipate receiving this week.

4. When received, Plaintiffs will process these documents for service on the Maine Secretary of State, pursuant to the Maine Statute Title 13C § 505.2.

2291300.01

2

5. Accordingly, Plaintiffs seek an extension of forty-five (45) days for completion of such process on the Maine Secretary of State. If proof of such service is received sooner from the Maine Secretary of State's office, Plaintiffs will promptly file a declaration of service with the Court.

6. For the foregoing reasons, Plaintiffs therefore move this Court for an order extending the deadline to file proof of service of the Summons and Complaint until September 2, 2007. As soon as Service of Process is completed on the Maine Secretary of State as Agent of Defendant, Plaintiffs will file proof of such service with the Court.

Respectfully submitted,

Dated: July 19, 2007

By: /s/ Ira R. Mitzner
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006
(202) 420-2234

Attorneys for Plaintiffs

2291300.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-0339 (JDB) |
| ) | |
| SULLIVAN MASONRY, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Plaintiffs' Motion to Extend the Deadline to Effect Service of Process and Incorporated Memorandum in Support Thereof, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the Motion be, and it hereby is, **GRANTED**, and further

**ORDERED**, that Plaintiffs file proof of service of the Summons and Complaint in this action on or before September 2, 2007.

**SO ORDERED**, this _____ day of _____, 2007.

_____
John D. Bates
United States District Court Judge

2291487.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., </br></br>  Plaintiffs, </br></br> v. </br></br> SULLIVAN MASONRY, INC., </br></br>  Defendant. | Civil Action No. 1:07-CV-0339 (JDB) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esquire
>Charles V. Mehler III, Esquire
>Dickstein Shapiro LLP
>1825 Eye Street, NW
>Washington, DC  20006-5403
>(202) 420-2234
>
>Sullivan Masonry, Inc.
>356 Puddledock Road
>Charleston, ME  04422

2291647.01