IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0339 (JDB) |
| ) | |
| SULLIVAN MASONRY, INC., ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and counsel to the Plaintiffs in the above-captioned case.

2. The process server hired by Plaintiffs attempted, unsuccessfully, to serve process in this action on Defendant at 356 Puddledock Road, Charleston, ME 04422, the address of the registered agent and the Defendant's business address, as evidenced by the Affidavit of Service of Process, and a letter further detailing the unsuccessful attempts to serve process on Defendant, both executed by process server Walter F. Metcalf, attached hereto at Exhibit A.

3. Because the process server was unable to serve process on the Defendant, an original Summons, a copy of the Complaint, a copy of the Notice of Right to Consent to Trial, and a copy of the Initial Electronic Case Filing Order in this action were served on August 20, 2007, via United Parcel Service on the Maine Secretary of State, as agent of Defendant, Sullivan Masonry, Inc., pursuant to Maine Statute Title 13C, Section 306(2) as evidenced by the Receipt from the State of Maine attached at Exhibit B.

4. In addition, a copy of the Summons, a copy of the Complaint, a copy of the Notice of Right to Consent to Trial, and a copy of the Initial Electronic Case Filing Order in this action were served on Defendant at 356 Puddledock Road, Charleston, ME 04422, by U.S. Postal Service Certified Mail on August 17, 2007, pursuant to Maine Rules of Civil Procedure, Rule 4(d)(8), as evidenced by the signed U.S. Postal Service Domestic Return Receipt executed by Cheryl Sullivan, attached at Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 29, 2007

Ira R. Mitzner

# EXHIBIT A

1920270.01

# AFFIDAVIT OF SERVICE OF PROCESS

**Penobscot, SS**                                                                 **STATE OF MAINE**

RE: **U.S.D.C. District of Columbia, Case Number 1:07CV00339**

**JOHN FLYNN, et at., V. SULLIVAN MASONRY, INC.**

Know all, by declaration that I, Walter F. Metcalf, was assigned to duly execute this ***SUMMONS in a Civil Case*** upon

**SULLIVAN MASONRY, INC.**
**356 Puddledock Road**
**Charleston, ME 04422**

1) That I am of the necessary age and sound mind to execute said service.

2) That I am not a party to the action nor have any interest in it.

3) That on **March 28, 29 & 30, 2007**, after due searches, careful inquiry and diligent attempts at 356 Puddledocks Road, Charleston, Maine I have been **unable to effect process service** upon said SULLIVAN MASONRY, INC. because of the following reasons;

   At all attempts there was no one at this address or at the detached building believed to be the business.

Affirmed by me this
2nd Day of April 2007

Walter F. Metcalf
Licensed Investigator &
Process Server
PO Box 2146
Bangor, ME 04401

State of Maine, County of Penobscut
Signed before me this 2nd day of
April, 2007 by Walter F. Metcalf
Notary Public Jessica Chute

Jessica M. Chute
Notary Public
State of Maine
My Commission Expires
August 18, 2011



# ATLAS AGENCY, INC.
*Private Investigators*

P. O. Box 2146  
Bangor, ME 04402

1-800-258-7737  
fax 1-800-660-2500

August 1, 2007

Alisa Kelp  
Capitol Process Services/Investigations Inc.  
1827 18th Street N.W.  
Washington, DC 2009

**RE: John Flynn, et al., v/ Sullivan Masonry, Inc.**

Please be advised that I, Walter F. Metcalf, a licensed private investigator and process server, made <u>four attempts of service</u> on the above mentioned matter. The attempts were made at 356 Puddledock Road in Charleston, Maine.

The residence is described as a single story wooden residential structure with a detached garage. The dirt driveway is horseshoe shaped and the residence is located in a rural sparsely populated area of Charleston.

There was a white GMC pickup truck, Maine registration 8792KI parked in the driveway next to the garage. This vehicle is registered to Kenneth Sullivan, 356 Puddledock Rd., Charleston, Maine. There was also a small portable cement mixer located next to the garage. Neighbors confirmed that the Sullivan's lived at the above mentioned address.

**Four attempts of service were made** by me personally on **March 28, 29 and 30, 2007** at various times in the morning, afternoon and evening. On all occasions there was no one home at the residence or in the immediate vicinity.

An *Affidavit of Service of Process* was completed, notarized and returned to Capitol Process Services on April 2, 2007.

Sincerely,

*[signature]*

Walter F. Metcalf  
Licensed Private Investigator & Process Server

# EXHIBIT B

1920270.01

| | | |
|---|---|---|
| ORIGINAL TO PERSON MAKING PAYMENT | **STATE OF MAINE** RECEIPT FOR DEPARTMENTAL COLLECTIONS | 08-07 Nº 790372 G |
| THIS IS YOUR OFFICIAL RECEIPT. PLEASE RETAIN IT FOR FUTURE REFERENCE | RECEIVED FROM _Dickstein Shapiro LLP_ DATE _8-20-2007_ NAME _Twenty dollars_ DOLLARS  CASH ☐ CHECK ☐  MONEY ORDER ☐ FOR _Service of Process_ SPECIFY FULLY PURPOSE FOR WHICH PAYMENT WAS MADE Plantiffs: John Flynn, et al. Defendant: Sullivan Masonry, Inc. _CEC_ NAME OF DEPARTMENT OR INST. MAKING COLLECTION _TMS_ SIGNATURE OF PERSON MAKING COLLECTION | |

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHARLESTON ME 04422
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 2.16 | 0113 |
| Certified Fee | 2.65 | 38 |
| Return Receipt Fee (Endorsement Required) | 2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 6.96 | |

Sent To: Kenneth Sullivan
Street, Apt. No.; Sullivan Masonry, Inc.
or PO Box No. 356 Puddledock Road
City, State, ZIP+4 Charleston, ME 04422

PS Form 3800, June 2002    See Reverse for Instructions

7005 1150 0004 7896 2024

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenneth Sullivan
   Sullivan Masonry, Inc.
   356 Puddledock Road
   Charleston, ME 04422

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cheryl Sullivan_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)   7005 1150 0004 7896 2024

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509