IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0339 (JDB) |
| ) | |
| SULLIVAN MASONRY, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the voluntary dismissal of this action against Defendant, Sullivan Masonry, Inc.

September 4, 2007

_____
Ira R. Mitzner, D. C. Bar #184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

Attorney for the Plaintiffs

2311679.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0339 (JDB) |
| ) | |
| SULLIVAN MASONRY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING COMPLAINT

Upon consideration of the attached Notice of Voluntary Dismissal filed by Plaintiffs in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendant, it is this ____ day of _____, 2007 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed.

_____
John D. Bates
United States District Court Judge

2311680.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0339 (JDB) |
| ) | |
| SULLIVAN MASONRY, INC., ) | |
| ) | |
| Defendant. ) | |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esquire
> Dickstein Shapiro LLP
> 1825 Eye Street, NW
> Washington, DC  20006-5403
> (202) 420-2234
>
> Sullivan Masonry, Inc.
> 356 Puddledock Road
> Charleston, ME  04422

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal, proposed Order, and Local Rule 7(k) Statement, was served by first-class mail, postage prepaid, on the ___4th___ day of September 2007 upon:

Sullivan Masonry, Inc.
356 Puddledock Road
Charleston, ME  04422

_____
Joanne Jackson