UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN FLYNN, et al.

Plaintiffs,

v.

SULLIVAN MASONRY, INC.,

Defendant.

Civil Action No. 07-0339 (JDB)

**NOTICE**

Upon consideration of [5] plaintiffs' Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i), it is this 6th day of September, 2007, noted that this suit has been dismissed without prejudice and is accordingly **TERMINATED** from the Court's docket.

_____
**JOHN D. BATES**
**United States District Judge**

Date:  September 6, 2007

Copies to:

Ira R. Mitzner, Esq.
Dickstein Shapiro LLP
1825 Eye St. NW
Washington, DC 20006

Sullivan Masonry, Inc.
356 Puddledock Road
Charleston, ME 04422